UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDDY HERNANDEZ,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>NEVADA DEPT OF CORRECTIONS, et al.,<br><br>　　　　　　　　　Defendants | Case No.  2:25-cv-01523-CDS-BNW<br><br>**ORDER** |

　　　　On August 18, 2025, pro se plaintiff Freddy Hernandez, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). The following day, Plaintiff filed another copy of his complaint with another application to proceed *in forma pauperis* (ECF Nos. 3, 3-1). Both of Plaintiff's applications to proceed *in forma pauperis* are incomplete because **Plaintiff used state court forms rather than this Court's approved forms**. The Court will deny Plaintiff's applications without prejudice and give Plaintiff the opportunity to correct this deficiency **by October 21, 2025**.

**I.　DISCUSSION**

　　　　The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the

**inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

As explained above, Plaintiff's applications to proceed *in forma pauperis* are incomplete. The Court will therefore deny Plaintiff's applications to proceed *in forma pauperis* without prejudice and grant Plaintiff an extension of time to either pay the filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents.

## II. CONCLUSION

It is therefore ordered that both of Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 1, 3) are denied without prejudice.

It is further ordered that Plaintiff has **until October 21, 2025**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Freddy Hernandez the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the initial complaint (ECF No. 1-1) but not file it at this time.

DATED: August 22, 2025.

_____
UNITED STATES MAGISTRATE JUDGE