# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Freddy Hernandez, | Case No. 2:25-cv-01523-CDS-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Nevada Department of Corrections, et al., | |
| Defendants. | |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court. This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure of a pro se party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* The Court grants Plaintiff until **December 1, 2025**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

IT IS THEREFORE ORDERED that Plaintiff shall file his updated address with the Court by **December 1, 2025**.

IT IS FURTHER ORDERED that failure to comply with this order will subject this case to dismissal without prejudice.

DATED: October 28, 2025.

Brenda Weksler
United States Magistrate Judge